IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HAMMOND DEVELOPMENT INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> -vs.- <br><br> AMAZON.COM, INC., <br> AMAZON.COM LLC, <br> AMAZON.COM SERVICES, INC., AND <br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No. 6:19-CV-00355-ADA |

## **DEFENDANTS' COPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Amazon.com, Inc., Amazon.com LLC, Amazon.com Services, Inc., and Amazon Web Services, Inc. (collectively the "Amazon Defendants") by and through their undersigned counsel state as follows:

Amazon.com, Inc. is a publicly-traded company that has no parent corporation. No publicly held corporation is known to own 10% or more of its stock.

Amazon.com LLC was a Delaware corporation that ceased operations by January 1, 2018. Amazon.com LLC merged into Amazon.com Services, Inc., a wholly-owned subsidiary of Amazon.com, Inc.

Amazon Web Services, LLC is a wholly-owned subsidiary of Amazon.com, Inc. No other publicly held company owns 10% or more of its stock.

August 19, 2019

*Of Counsel:*

Joseph R. Re (*pro hac vice*)
Joseph S. Cianfrani (*pro hac vice*)
Jeremy A. Anapol (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile:  949-760-9502
joe.re@knobbe.com
joe.cianfrani@knobbe.com
jeremy.anapol@knobbe.com

Colin B. Heideman (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Telephone: 206-405-2000
Facsimile:  206-405-2001
colin.heideman@knobbe.com

Respectfully submitted,

By:  */s/ Brian C. Nash*
Brian C. Nash
Texas Bar No. 24051103
brian.nash@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
Phone: (512) 580-9629
Fax: (512) 580-9601

*Attorney for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon.com Services, Inc., and Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 19, 2019.

*/s/ Brian C. Nash*
Brian C. Nash
