IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Hammond Development International, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Amazon.com, Inc., <br> Amazon.com LLC, <br> Amazon.com Services, Inc., and <br> Amazon Web Services, Inc., <br><br> *Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 6:19-CV-00355-ADA <br><br> **Jury Trial Demanded** <br><br> **LEAD CASE** |

| | | |
|---|---|---|
| Hammond Development International, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Google LLC, <br><br> *Defendant*. | § § § § § § § § § § § § § § | Civil Action No. 6:19-CV-00356-ADA <br><br> **Jury Trial Demanded** |

**PLAINTIFF'S PRELIMINARY ELECTION OF ASSERTED CLAIMS**

Pursuant to the Scheduling Order in this case (Dkt. No. 48), Plaintiff Hammond Development International, Inc. ("HDI") files this Preliminary Election of Asserted Claims. Based on the information presently known to it and the material provided by Defendants, HDI asserts the following claims against both the Amazon and Google Defendants:

**U.S. Patent No. 9,264,483:**
>Claims 10, 12, 14, 15, 16, 17, 18, 22, 24, and 25

**U.S. Patent No. 9,420,011:**
>Claims 11, 16, 17, and 23

**U.S. Patent No. 9,456,040:**
>Claims 3, 12, and 13

**U.S. Patent No. 9,705,937:**
>Claims 3, 10, and 17

**U.S. Patent No. 9,716,732:**
>Claims 4, and 5

**U.S. Patent No. 10,193,935:**
>Claims 4, 8, and 10

**U.S. Patent No. 10,264,032:**
>Claims 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 20, 22, and 23

**U.S. Patent No. 10,270,816:**
>Claims 1, 6, 7, 8, 9, 10, 11, 12, 14, 15, 18, 19, 20, 24, 25, 27, 28, and 29

Dated: January 17, 2020                           Respectfully submitted,

/s/ Andrew J. Wright

_____
**ANDREW J. WRIGHT**

**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**BRENT N. BUMGARDNER**
STATE BAR NO. 00795272
**ANDREW J. WRIGHT**
STATE BAR NO. 24063927
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
903.758.7397 (facsimile)
ema@nbafirm.com
brent@nbafirm.com
andrew@nbafirm.com

**JOSEPH P. OLDAKER**
ILLINOIS BAR NO. 6295319
**NELSON BUMGARDNER ALBRITTON PC**
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
708.675.1583 (telephone)
joseph@nbafirm.com

**COUNSEL FOR PLAINTIFF HAMMOND DEVELOPMENT INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 17th day of January, 2020.

_____
ANDREW J. WRIGHT