IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HAMMOND DEVELOPMENT INTERNATIONAL, INC.,<br>  Plaintiff,<br>v.<br>AMAZON.COM, INC., et al.,<br>  Defendants. | Civil Action No. 1:20-cv-00342-ADA |
| HAMMOND DEVELOPMENT INTERNATIONAL, INC.,<br>  Plaintiff,<br>v.<br>GOOGLE LLC,<br>  Defendant. | Civil Action No. 6:19-cv-00356-ADA<br>(consolidated with 6:19-cv-00355-ADA) |

## NOTICE OF FINAL WRITTEN DECISIONS

Plaintiff Hammond Development International, Inc. ("HDI") respectfully files this notice of Final Written Decisions in certain of the pending *inter partes* review ("IPR") proceedings currently pending at the Patent Trial and Appeal Board.

On June 4, 2021, the PTAB issued a Final Written Decision in IPR2020-00081, finding that challenged claims (1–13 and 20-30) of U.S. Patent No. 10,270,816 ("the '816 Patent") were unpatentable under 35 U.S.C. § 103. The PTAB further found that challenged claims 14-19 are patentable. A copy of the Board's Final Written Decision is attached as **Exhibit 1**.

On June 21, 2021, HDI filed a Joint Motion to Terminate IPR2020-01067 pursuant to 35 U.S.C. § 317(a) and 37 C.F.R. § 42.74. On June 22, 2021, the PTAB issued its Termination Order Due to Settlement After Institution of Trial, terminating IPR2020-01067. A copy of the Board's Termination Order is attached as **Exhibit 2**. On June 17, 2021, HDI and Amazon also filed a

Stipulation and Joint Motion to Dismiss the Amazon action, Civil Action No. 1:20-cv-00342-ADA (ECF 101).

There are no other IPRs currently pending regarding the patents-in-suit. Google has indicated that it intends to seek reconsideration of the PTAB's decision in IPR2020-00081.

Dated: July 6, 2021

Respectfully submitted,

*/s/ Timothy E. Grochocinski*
**TIMOTHY E. GROCHOCINKI**
STATE BAR NO. 6295055
**CHARLES AUSTIN GINNINGS**
NEW YORK BAR NO. 4986691
**NELSON BUMGARDNER ALBRITTON PC**
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
708.675.1974 (telephone)
tim@nbafirm.com
austin@nbafirm.com

**BRENT N. BUMGARDNER**
STATE BAR NO. 00795272
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
903.758.7397 (facsimile)
brent@nbafirm.com

*COUNSEL FOR PLAINTIFF*
*HAMMOND DEVELOPMENT*
*INTERNATIONAL, INC.*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on July 6, 2021.

*/s/ Timothy E. Grochocinski*
