# EXHIBIT 2

Trials@uspto.gov                                                              Paper 19
571-272-7822                                                          Date: June 22, 2021

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

AMAZON.COM, INC.,
Petitioner,

v.

HAMMOND DEVELOPMENT INTERNATIONAL, INC.,
Patent Owner.

IPR2020-01067
Patent 10,270,816 B1

Before MICHELLE N. WORMMEESTER, AMBER L. HAGY, and
KRISTI L. R. SAWERT, *Administrative Patent Judges.*

SAWERT, *Administrative Patent Judge.*

TERMINATION
Due to Settlement After Institution of Trial
*35 U.S.C. § 317; 37 C.F.R. § 42.74*

IPR2020-01067
Patent 10,270,816 B1

## I. INTRODUCTION

On our authorization (Ex. 3001), the parties filed a Joint Motion to terminate this proceeding under 35 U.S.C. § 317(a) and 37 C.F.R. § 42.74. Paper 18 ("Motion" or "Mot."). The parties also filed what they indicate are complete copies of a Covenant Not to Sue and Release of Claims (Ex. 2027, "Covenant"), and a Stipulation and Joint Motion to Dismiss Action (Ex. 2028, "Stipulation") in the parallel district court proceeding, *Hammond Development Int'l, Inc. v. Amazon.com, Inc.*, Case No. 1:20-CV-00342-ADA, in the U.S. District Court for the Western District of Texas. For the reasons discussed below, the Motion is granted.

## II. ANALYSIS

We have not decided the merits of this proceeding. The parties indicate that they have settled their disputes regarding U.S. Patent No. 10,270,816 B1 ("the '816 patent"). Mot. 2. Specifically, the parties represent that "[t]he Covenant and the Stipulation resolve all disputes between the parties relating to the '816 patent," and that "there are no other agreements, oral or written, between the parties made in connection with, or in contemplation of, the termination of the proceeding." *Id.* at 2–3. The parties also represent that "[b]oth Petitioner and Patent Owner support termination of the proceeding." *Id.* at 3. Under these circumstances, we determine that it is appropriate to terminate this proceeding. *See* 37 C.F.R. § 42.72.

2

IPR2020-01067
Patent 10,270,816 B1

## III. ORDER

It is hereby:

ORDERED that the Joint Motion to terminate is *granted*; and

FURTHER ORDERED that this proceeding is terminated as to all parties.

IPR2020-01067
Patent 10,270,816 B1

FOR PETITIONER:

Colin B. Heideman
Joseph R. Re
Jeremy A. Anapol
Cheryl T. Burgess
Christie R.W. Matthaei
Daniel P. Hughes
KNOBBE, MARTENS, OLSON & BEAR, LLP
BoxSEAZNL1623LP1@knobbe.com


FOR PATENT OWNER:

Andrew J. Wright
Brent N. Bumgardner
NELSON BUMGARDNER ALBRITTON P.C.
andrew@nbafirm.com
brent@nbafirm.com
DG-Hammond-IPR@nbafirm.com

4